Richard R. Burroughs

Cole B. Combs

WR-84,275-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/2/2015 1:24:01 PM
Accepted 12/2/2015 2:04:16 PM
ABEL ACOSTA
CLERK

ATTORNEYS AT LAW
209 E. HANSON
CLEVELAND, TEXAS 77328-1676

PHONE: (281) 592-5234                    MAIL: P. O. BOX 1676
FACSIMILE: (281) 592-1029          E-MAIL: cole@courtoftexas.com

RECEIVED
COURT OF CRIMINAL APPEALS
12/2/2015
ABEL ACOSTA, CLERK

### Letter of Mootness of Petition

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

On 01 DECEMBER 2015 the undersigned counsel filed a motion for leave to file and accompanying petition for a writ of habeas corpus in case number WR-84,275-01, *Ex Parte Lawrence Ray Dirden II*. This motion and petition are now moot as the petitioner was granted a personal recognizance bond this morning (02 DECEMBER 2015) by District Judge Kelley Case, in the 9th District Court, sitting in Montgomery County, Texas.

No further relief is requested by Petitioner at this time, nor does the Court need to take any action on this matter.

Sincerely,

_____
Cole B. Combs, Attorney

Page 1 of 1